UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | DOCKET NUMBER: 2:08-CR-58-011 |
| | ) | |
| Jessica Baumgardner | ) | |

ORDER OF COURT

On July 21, 2009, the above-named offender was sentenced to a term of 60 months imprisonment, followed by four (4) years supervised release. The offender has complied with the rules and regulations of supervision and has achieved all supervision objectives. Accordingly, it is hereby ordered that the defendant be discharged from supervision.

Dated this 16th day of Oct., 2014.

_____
Honorable R. Leon Jordan
United States District Judge